**STOWERS & NELSEN PLC**
WEST GLEN TOWN CENTER
650 SOUTH PRAIRIE VIEW DRIVE, SUITE 130
WEST DES MOINES, IA 50266
TELEPHONE: (515) 224-7446     FAX: (515) 225-6215

Dean Stowers, Attorney at Law
James Nelsen, Attorney at Law
Amy Pille, Legal Assistant

June 27, 2024

Clerk of Court
Eighth Circuit Court of Appeals
110 South 10th Street
St. Louis, MO 63102

Re: United States v. Jae Bernard- Rule 28(j)
Case No. 23-2808

Dear Clerk of the Eighth Circuit Court of Appeals:

Pursuant to Federal Rule of Appellate Procedure 28(j), Appellant would bring to the attention of the Court the recent Supreme Court opinion in *United States v. Rahimi*, Case No. 22-915, opinion June 21, 2024. The Supreme Court held that when an individual has been found by a court to pose a credible threat to the physical safety of another, that person may be *temporarily* disarmed consistent with the Second Amendment. *Id* (emphasis added).

Appellant maintains in both Brief Point I and Brief Point II that the permanent nature of the prohibition under 18 U.S.C. §922(g)(9) is in violation of the Second Amendment. *See* Appellant Brief at 9-11, 16-21 (arguing the lifetime permanent banishment is inconsistent with the Second Amendment). Appellant asks to the Court to consider the holding in *United States v. Rahimi* in determining that pursuant 18 U.S.C. §922(g)(9), a permanent prohibition in all cases involving a misdemeanor domestic conviction violates the Second Amendment, and specifically in this case where the Indictment was sought and obtained almost 20 years post misdemeanor conviction.

Sincerely,

*James Nelsen*

James Nelsen
Jn/ap