

U.S. Department of Justice

United States Attorney
Northern District of Iowa

*111 Seventh Avenue SE*   (319) 363-6333
*Box 1*   *FAX (319) 363-1990*
*Cedar Rapids, Iowa  52401-2101*

July 16, 2024

Maureen W. Gornik, Acting Clerk of Court
Eighth Circuit Court of Appeals
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri  63102

    Re:   *United States v. Jae Bernard*, No. 23-2808
           Rule 28(j) letter

Dear Ms. Gornik:

In *United States v. Rahimi*, 144 S. Ct. 1889 (2024), the Supreme Court upheld 18 U.S.C. § 922(g)(8) under the Second Amendment.  The Court stated:

> Since the founding, our Nation's firearm laws have included provisions preventing individuals who threaten physical harm to others from misusing firearms.  As applied to the facts of this case, Section 922(g)(8) fits comfortably within this tradition.

*Id.* at 1896-97.  The provisions the Court referenced included surety laws, which authorized magistrates to "require individuals suspected of future misbehavior to post a bond," and going armed laws, which "provided a mechanism for punishing those who had menaced others with firearms." *Id.* at 1900.

Regarding facial challenges, the Court stated:

> Rahimi challenges Section 922(g)(8) on its face.  This is the "most difficult challenge to mount successfully," because it requires a defendant to "establish that no set of circumstances exists under which the Act would be valid." *United States v. Salerno*, 481 U.S. 739, 745, 107 S. Ct. 2095, 95 L.Ed.2d 697 (1987).

*Id.* at 1898.

July 16, 2024
Page 2

The Court held that "[a]n individual found by a court to pose a credible threat to the physical safety of another may be temporarily disarmed consistent with the Second Amendment." *Id.* at 1903.

The government's position is that domestic violence misdemeanants are among "the people"; therefore, it is no longer pursuing the argument in section B(1) on pages 13-19 of its brief.

Thank you.

    Sincerely,

    TIMOTHY T. DUAX
    United States Attorney

    By: */s/ Emily K. Nydle*

    EMILY K. NYDLE
    Assistant United States Attorney

cc:
James S. Nelsen

[The body of this letter contains 229 words]

## CERTIFICATE OF FILING AND SERVICE

I certify that, on July 16, 2024, I electronically filed the foregoing document with the Clerk for the Eighth Circuit Court of Appeals by using the CM/ECF system, which will send notification of such filing to the parties or attorneys of record.

    TIMOTHY T. DUAX
    United States Attorney

    By: */s/ RAL*

    _____
    Legal Assistant